UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ARNOLD R. REED, ID# 1205652, ) | |
| ) | |
| Petitioner, ) | |
| ) | CIVIL ACTION NO. |
| VS. ) | |
| ) | 3:11-CV-0210-G (BH) |
| RICK THALER,[1] Director, Texas ) | |
| Department of Criminal Justice, ) | |
| Correctional Institutions Division, ) | |
| ) | |
| Respondent. ) | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the findings, conclusions, and recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned district judge is of the opinion that the findings and conclusions of the

---

[1] Rule 2(a) of the Rules Governing Section 2254 Cases provides that "the petition must name as respondent the state officer who has custody" of petitioner. Because petitioner challenges a conviction that has resulted in his incarceration in the Correctional Institutions Division of the Texas Department of Criminal Justice ("TDCJ-CID"), its director has custody of him. TDCJ-CID Director Rick Thaler is therefore substituted as respondent in this case.

magistrate judge are correct and they are accepted as the findings and conclusions of the court.

Petitioner is further **ADMONISHED** that he may be subject to sanctions if he continues to file challenges to his conviction in this court without first seeking and receiving authorization from the Fifth Circuit Court of Appeals to file a successive petition.

**SO ORDERED**.

February 28, 2011.

_____
**A. JOE FISH**
**Senior United States District Judge**